OPINION BY MORRISON, J., March 12, 1903:

This case is similar to No. 26, January term, 1903, in which an opinion is this day filed, and for the reasons given therein the assignments of error are all overruled, except the one in regard to interest, which is sustained to the extent of striking off the interest: Richards v. Citizens' Natural Gas Co., 130 Pa. 37.

Judgment reduced nunc pro tunc as of March 6, 1902, to $649.93, and thereupon judgment affirmed.

---

## Roberts *v.* Postal Telegraph Company, Appellant.

Argued Jan. 19, 1903.   Appeal, No. 30, Jan. T., 1903, by defendant, from judgment of C. P. Wayne Co., May T., 1901, No. 71, on verdict for plaintiff in case of George Roberts v. Postal Telegraph Company.   Before BEAVER, SMITH, W. W. PORTER, W. D. PORTER and MORRISON, JJ.   Affirmed.

OPINION BY MORRISON, J., March 12, 1903:

This case is similar to No. 26, January term, 1903, in which an opinion is this day filed, and for the reasons given therein the assignments of error are all overruled except the one relating to interest, which is sustained to the extent of striking off the interest: Richards v. Citizens' Natural Gas Co., 130 Pa. 37.

Judgment reduced nunc pro tunc to $312.48, as of March 7, 1902, and thereupon judgment affirmed.

---

## Guinnip *v.* Postal Telegraph Company, Appellant.

Argued Jan. 19, 1903.   Appeal, No. 31, Jan. T., 1903, by defendant, from judgment of C. P. Wayne Co., May T., 1901, No. 72, on verdict for plaintiff, in case of William D. Guinnip, v. Postal Telegraph Company.   Before BEAVER, SMITH, W. W. PORTER and W. D. PORTER, JJ.   Affirmed.

OPINION BY MORRISON, J., March 12, 1903:

This case is similar to No. 26, January term, 1903, in which an opinion is this day filed, and for the reasons given therein the assignments of error are all overruled, except the one in regard to interest, which is sustained to the extent of striking off the interest: Richards v. Citizens' Natural Gas Co., 130 Pa. 37.

Judgment reduced nunc pro tunc as of March 7, 1902, to $674.58, and thereupon judgment affirmed.

---

## Clothier *v*. Braithwaite, Appellant.

*Landlord and tenant—Distress—Bailment—Goods sold on commission.*

Where the owner of a stock of merchandise places the same in the hands of an agent or trustee, who is also a dealer, in trust to sell at not less than certain fixed prices, and to account to the owner for the proceeds, the owner reserving the right to terminate the arrangement and take back the unsold goods at any time, if the agent or trustee does not perform his duties satisfactorily to the owner, the compensation of the dealer to be measured by the excess for which he sells the goods over the prices fixed in the agreement, such goods are not subject to distress for rent of the premises on which the agent or trustee conducts the business of selling them; and this is the case although the trustee or agent sells goods of his own, and does not sell goods on commission for any other person.

Argued Oct. 16, 1902.    Appeal, No. 125, Oct. T., 1902, by defendants, from judgment of C. P. No. 4, Phila. Co., Dec. T., 1901, No. 765, on verdict for plaintiff in case of Conrad F. Clothier and Thomas A. Burrows, trading as Clothier & Burrows, v. R. M. Braithwaite & Company and Charles F. Josephs. Before RICE, P. J., BEAVER, W. W. PORTER and W. D. PORTER, JJ.    Affirmed.

Replevin for goods distrained.    Before WILSON, J.

The facts are stated in the opinion of the Superior Court.

The court refused binding instructions for defendant.    Defendant appealed.

Verdict and judgment for plaintiff.    Defendant appealed.